# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| MARSHALL KEITH DAVIS | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Docket No. 07-cv-141-GZS |
| | ) | |
| ULRIKE STROUT | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## CASE MANAGEMENT ORDER

On September 11, 2007, the Court held a hearing on its August 16, 2007 Order to Show Cause (Docket # 6).  Prior to the hearing, the Court granted Mr. William Harrison's request to withdrawal as counsel for Petitioner.  Because Petitioner needs time to obtain new counsel and that counsel needs time to prepare, the Court has set this matter for an evidentiary hearing to begin promptly at 9:00 AM on October 19, 2007.  The Court has instructed Mr. Harrison to provide notice to Petitioner of his withdrawal and the date of the evidentiary hearing.  The Court advises Petitioner to obtain new counsel prior to the evidentiary hearing unless Petitioner elects to continue pro se.  The parties are invited and encouraged to file trial briefs on or before October 15, 2007, in order to assist the Court in resolving any challenges and ultimately reaching a prompt resolution on the matter.  On October 19, 2007, the parties are required to be present with any witnesses for the evidentiary hearing.  In the interim, the Court will not disturb existing arrangements with regard to J.S.S.

-1-

The Court is mindful of the directive to act expeditiously under Article 11 of The Hague Convention on the Civil Aspects of International Child Abduction ("The Hague Convention"); nonetheless, given the withdrawal of Petitioner's counsel and the need to give Petitioner time to obtain new counsel and prepare for an evidentiary hearing, it is not feasible for the Court to reach a decision within the six week time limit provided in Article 11 of The Hague Convention.

**SO ORDERED.**

 /s/ George Z. Singal
Chief United States District Judge

Dated at Portland, Maine, this 11th day of September, 2007.