UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MARSHALL KEITH DAVIS )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>ULRIKE STROUT )<br>)<br>Respondent. )<br>) | Docket No. 07-cv-141-GZS |

**CASE MANAGEMENT ORDER**

On September 11, 2007, the Court held a hearing on its August 16, 2007 Order to Show Cause (Docket # 6). Prior to the hearing, the Court granted Mr. William Harrison's request to withdrawal as counsel for Petitioner. Because Petitioner needs time to obtain new counsel and that counsel needs time to prepare, the Court originally set this matter for an evidentiary hearing to begin at 9:00 AM on October 19, 2007. The Court has rearranged its schedule to allow for an earlier hearing. Therefore, the evidentiary hearing is now set to begin promptly at 8:30 AM on October 15, 2007. The Court has instructed Mr. Harrison to provide notice to Petitioner of his withdrawal. In addition, Mr. Harrison shall notify Petitioner of the new date of the hearing. Mr. Harrison shall notify the Court in writing on or before September 19, 2007, that he has provided Petitioner with notice of his withdrawal and the October 15, 2007 evidentiary hearing.

The Court advises Petitioner to obtain new counsel prior to the evidentiary hearing unless Petitioner elects to continue pro se. The parties are invited and encouraged to file trial briefs on or before noon on October 9, 2007, in order to assist the

-2-

Court in resolving any challenges and ultimately reaching a prompt resolution on the matter. On October 15, 2007, the parties are required to be present with any witnesses for the evidentiary hearing. In the interim, the Court will not disturb existing arrangements with regard to J.S.S.

The Court is mindful of the directive to act expeditiously under Article 11 of The Hague Convention on the Civil Aspects of International Child Abduction ("The Hague Convention"); nonetheless, given the withdrawal of Petitioner's counsel and the need to give Petitioner time to obtain new counsel and prepare for an evidentiary hearing, it is not feasible for the Court to reach a decision within the six week time limit provided in Article 11 of The Hague Convention.

**SO ORDERED.**

                                                /s/ George Z. Singal
                                                Chief United States District Judge

Dated at Portland, Maine, this 12th day of September, 2007.